IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHN W. JAMISON, III                                                                                  APPELLANT

V.                                                                              CAUSE NO.: 1:12CV152-SA
                                                                                consolidated with 1:12CV153-SA

TRINITY THERAPY SERVICES, INC.                                                                      APPELLEE

## ORDER ON APPEAL

Pursuant to a Memorandum Opinion issued this day, the Bankruptcy Court's Order is AFFIRMED. This case is REMANDED back to the Bankruptcy Court for final disposition.

SO ORDERED, this the 30th day of March, 2013.

                                                              /s/ Sharion Aycock
                                                              **U.S. DISTRICT JUDGE**